**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7   BOARD OF TRUSTEES OF THE SIGN,              No. C07-2716 EMC
    PICTORIAL AND DISPLAY INDUSTRY
8   WELFARE AND PENSION TRUST FUNDS,
    et al.,
9                                               **CLERK'S NOTICE**
              Plaintiffs,
10
11       v.

12  NATIONAL CONVENTION SERVICES, a
    corporation,
13            Defendant.
    _____/
14

15  TO ALL PARTIES AND COUNSEL OF RECORD:

16       YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for August 29,

17  2007 at 1:30 p.m. has been rescheduled to **September 26, 2007 at 1:30 p.m.** before Magistrate Judge

18  Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

19  CA 94102.   A Joint Case Management Conference Statement shall be filed by September 19, 2007.

20  Dated:  August 10, 2007                     FOR THE COURT,
                                                Richard W. Wieking, Clerk
21
22
23
                                            by: _____
24                                              Betty Fong
                                                Courtroom Deputy
25
26
27
28