ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, et al., | NO. C 07 2716 EMC |
| Plaintiffs, | |
| vs. | CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |
| NATIONAL CONVENTION SERVICES, etc., | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636 (c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the North Circuit.

Date: 8/14/07

                              ERSKINE & TULLEY
                              A PROFESSIONAL CORPORATION

                              By:    /s/ Michael J. Carroll
                                     Michael J. Carroll
                                     Attorney for Plaintiffs

CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
1