```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE,<br><br>              Plaintiffs,<br><br>     vs.<br><br>NATIONAL CONVENTION SERVICES, a corporation,<br><br>              Defendant. | NO.  C 07 2716 EMC<br><br>DECLARATION OF MICHAEL J. CARROLL REQUESTING THAT CASE MANAGEMENT <u>CONFERENCE BE CONTINUED</u><br>DATE: 9/26/07<br>TIME: 1:30 p.m. |

   I, MICHAEL J. CARROLL, declare:

   1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

   2.   Service was accomplished upon the only party in this case on July 26, 2007.  No responsive pleading was filed.

3. Settlement discussions have resulted in substantial payments by the defendant. All that remains due is a small amount of liquidated damages and costs.

4. It is requested that the Court continue the Case Management Conference some thirty days hence.

5. Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for September 26, 2007 to October 31, 2007 to allow the parties time to settle this case and avoid any unnecessary burden to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date:     September 18, 2007          ERSKINE & TULLEY
                                       A PROFESSIONAL CORPORATION


                                       By: /s/Michael J. Carroll
                                           Michael J. Carroll
                                           Attorneys for Plaintiffs

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On September 18, 2007 I served the within DECLARATION OF MICHAEL J. CARROLL REQUESTING THAT CASE MANAGEMENT CONFERENCE BE CONTINUED on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

National Convention Services
Debra L Hoefler, CFO
145 West 30th Street, 2nd Floor
New York, NY 10001

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2007 at San Francisco, CA.

/s/Sharon Eastman
Sharon Eastman