1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SIGN,     )     NO. C 07 2716 EMC
   PICTORIAL AND DISPLAY INDUSTRY     )
12 WELFARE AND PENSION TRUST FUNDS;   )
   MIKE HARDEMAN, TRUSTEE,            )
13                                    )
                         Plaintiff,   )
14                                    )     ORDER TO CONTINUE CASE
              vs.                     )     MANAGEMENT CONFERENCE
15                                    )
   NATIONAL CONVENTION SERVICES, a    )
16 corporation                        )
                                      )
17                       Defendant.   )
   _____)
18

19          IT IS ORDERED that the Case Management Conference in this

20 case originally set for September 26, 2007 continued to October 31,

21 2007 at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue,

22 San Francisco, CA.

23 Dated: _____September 19, 2007_____     _____

24                                            Honorable Edward M. Chen

25

26

27

28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1